L. Dennis KUNZLER, and Vernon Kunzler, Appellants,

v.

W. Stephen CUPP, Respondent.

No. WD 42693.

Missouri Court of Appeals, Western District.

July 24, 1990.

Robert J. Dierkes of Bear, Hines, Thomas, Dierkes & Stamper, Columbia, for appellants.

L.G. Copeland, Columbia, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM:

Direct appeal from a judgment for lessee in a landlord-tenant dispute wherein landlord-lessor sued tenant-lessee for unpaid rent when lessee moved out of commercial premises prior to expiration of the lease. Trial court found for lessee on the basis that lessor unreasonably withheld consent to assignment of the lease in breach of the lease agreement.

Judgment affirmed. Rule 84.16(b).